# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TYLER ADAM THOMAS,**

   *Plaintiff*,

v.                                             Case No.: 4:21cv306-MW/MAF

**OTSUKA PHARMACEUTICAL CO., et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. The Report and Recommendation was returned as undeliverable to Plaintiff on September 21, 2021. ECF No. 5. This Court has searched the Clallam County Correctional Facility's online jail roster to determine whether Plaintiff is still in custody, and it appears he was released on August 18, 2021. Plaintiff has not updated this Court with a forwarding address, even though Plaintiff acknowledged that his failure to do so could result in dismissal of his action. *See* ECF No. 1 ¶ 5 ("I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case."). Accordingly,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on September 23, 2021.**

s/Mark E. Walker
**Chief United States District Judge**
